**Dismissed and Memorandum Opinion filed May 9, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00271-CV

---

## CARMEL TRANSPORTATION LLC, Appellant

### V.

## THE HARTFORD INSURANCE, Appellee

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-84061**

---

## MEMORANDUM OPINION

This is an appeal from an order signed April 5, 2024. The notice of appeal was filed on behalf of Carmel Transportation, LLC and submitted by Carmel Transportation, LLC. The underlying order appears to be against an individual named Carmel Sheka; however, Sheka did not file a notice of appeal. No counsel has made an appearance on behalf of Carmel Transportation, LLC.

Only a licensed attorney can appear and represent a corporation in litigation. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d 455, 456

(Tex. 1996); *Sherman v. Boston*, 486 S.W.3d 88, 95 (Tex. App.—Houston [14th Dist.] 2016, pet. denied). On April 19, 2024, we instructed appellant to obtain counsel for this appeal and to provide proof of the retention on or before April 30, 2023. We stated that if appellant does not comply, the court would dismiss appellant's appeal for want of prosecution. No proof of retention of counsel has been filed.

Accordingly, the appeal is dismissed and all pending motions are dismissed as moot.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.